**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

**IN THE MATTER OF:**

| | | |
|---|---|---|
| **NAME:** | MITCHELL, DABIEL RAY | CHAPTER 13 No. 07-40723 |
| | MITCHELL, BETTY WALLS | OUR FILE No. 12444-WG |
| **ADDRESS:** | 457 GANTTS GROVE CHURCH RD. | |
| | MOORESBORO, NC 28114 | |
| **SSN:** | --- -- 0290 & --- -- 3020 | |

          **Debtors.**
_____

**MOTION FOR AUTHORITY TO SELL REAL PROPERTY**

  **COME NOW** the above-named debtors, by and through their attorney of record, and respectfully move the Court pursuant to Section 363 of Title 11 of the United States Code, Rule 9013 of the Rules of Bankruptcy Procedure, and Rule 9013-1 of the Local Bankruptcy Rules for the entry of an order allowing the debtors to sell real property and in support hereof alleges and says that:

  1. This case was commenced by the filing of a petition with the Clerk of this court on December 17, 2007.

  2. The 341(a) meeting of creditors was held in Shelby, North Carolina on February 15, 2008.

  3. The Chapter 13 plan was subsequently confirmed by order of this Court on May 8, 2008.

  4. The plan presently provides for a monthly payment of $955.00.

  5. The debtors have received an offer to purchase their residential real estate located at 457 Gantts Grove Church Road in Mooresboro, North Carolina, as more particularly described in that instrument recorded at plat 31659 map 1151 block 1 lot 22 in Book 13E Page 280 of the Cleveland County Registry. The said offer was made by Stephen D. and Venise M. Brintley for the said real estate and is for the sum of $60,000.00.

  6. The debtors aver that their residential real estate is encumbered by a first mortgage to HomeEq Servicing Corporation in the amount of $106,240.00.

  7. The plan filed by the debtors states that they will be surrendering their residential real estate and moving into rental property located at 444 Gantts Grove Church Rd., Mooresboro, North Carolina

  8. The debtors hereby move this Court for approval of the short sale.

  9. The debtors aver that they have reasonable need for this sale.

  10. The debtors are therefore moving the Court for approval of this purchase offer

and contract.

   11. The debtors aver that the Offer to Purchase contract is subject to the approval of the United States Bankruptcy Court for the Western District of North Carolina upon proper notice to all parties and a court hearing. If this contract is approved by the court, then any breach of contract by the buyer will subject them to recovery of actual damages, punitive damages, costs and legal fees to be determined by the United States Bankruptcy Court, which the parties consent will have exclusive jurisdiction to resolve any matter or thing related to this contract.

   12. The debtors are also moving the Court for such other and additional relief as to the Court may seem just and proper.

   **WHEREFORE,** the debtors respectfully pray of the Court as follows:

   A. That the motion for approval of the short sale of the real property of the debtors as set forth herein be granted and approved;

   B. That the attorney for the debtors be granted an additional non-base legal fee of $450.00 and expenses of $140.00, said fees and expenses to be paid by the Trustee from funds paid by the debtors into the plan.

   C. That the debtors have such other and further relief as to the Court may seem just and proper.

This the 22nd day of August 2008.

_____
William S. Gardner
Gardner Law Offices
Attorney for the Debtor
P.O. Box 1000, Shelby, NC 28151-1000
N.C. State Bar No. 32684
(704) 487-0616/Fax (888) 870-1644
e-mail: bgardner@maxgardner.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| NAME: | MITCHELL, DABIEL RAY | CHAPTER 13 No. 07-40723 |
| | MITCHELL, BETTY WALLS | OUR FILE No. 12444-WG |
| ADDRESS: | 457 GANTTS GROVE CHURCH RD. | |
| | MOORESBORO, NC 28114 | |
| SSN: | --- -- 0290 & --- -- 3020 | |

Debtors.
_____

NOTICE OF MOTION FOR AUTHORITY TO SELL REAL PROPERTY
AND
NOTICE OF OPPORTUNITY FOR HEARING

(No-Protest Notice:  No Hearing Will Be Held
Unless Request For Hearing Is Filed)

**PLEASE BE ADVISED** that the above-named debtors have filed papers with the United States Bankruptcy Court for the Western District of North Carolina for approval of an offer to purchase and contract with Stephen D. and Venise M. Brintley pursuant to the following terms and conditions:  The debtors have received an offer to purchase the residential real estate located at 457 Gantts Grove Church Rd., Mooresboro, North Carolina, from Stephen D. and Venise M. Brintley.  The said offer is in the sum of $60,000.00.  The debtors are moving the Court of the short sale and for approval of a non-base legal fee of $450.00 and expenses of $140.00, said fee and expenses to be paid by the trustee from funds paid by the debtors into the plan.

<u>**YOUR RIGHTS MAY BE AFFECTED**</u>.  **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtor in his motion, or if you want the Court to consider your views on the motion, then on or before the **15th day of September, 2008,** you or your attorney must do three (3) things:

1. **File with the court a written response <u>requesting that the Court hold a hearing</u> and explaining your position.  File the response at:**

    United States Bankruptcy Court
    Western District of North Carolina
    P.O. Box 34189
    Charlotte, NC 28234-4189

If you mail your request to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2.  **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

    William S. Gardner
    Attorney for the Debtor(s)
    P.O. Box 1000
    Shelby, NC 28151-1000
    Fax No. 888.870.1647

    and to:

    Steven G. Tate
    Chapter 13 Trustee
    P.O. Box 1778
    Statesville, NC 28687-1778

3.  **Attend the hearing scheduled for Friday, September 26, 2008 at 9:30 a.m.** in Courtroom Number 5 at the Cleveland County Courthouse and Law Enforcement Center, 100 Justice Place, Shelby, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated this the 22nd day of August 2008

*/s/ William S. Gardner*
_____
William S. Gardner
Gardner Law Offices
Attorney for the Debtor
P.O. Box 1000, Shelby, NC 28151-1000
N.C. State Bar No. 32684
(704) 487-0616/Fax (888) 870-1644
e-mail: bgardner@maxgardner.com

## CERTIFICATE OF SERVICE

WILLIAM S. GARDNER, attorney for the debtor, hereby certifies to the Court as follows:

1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **MOTION FOR AUTHORITY TO SELL REAL PROPERTY AND NOTICE OF OPPORTUNITY FOR HEARING** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Daniel Ray Mitchell
Betty Walls Mitchell
457 Gantts Grove Church Rd.
Mooresboro, NC 28114

Karen Jones
Carolina Homes & Land Company
357 West Main Street
Forest City, NC 28043

**And by Electronic Notification to:**

Steven G. Tate
Chapter 13 Trustee
P.O. Box 1778
Statesville, NC 28687-1778

John Bramlett, Bankruptcy Administrator
402 W. Trade St., Room 200
Charlotte, NC 28202-1664

4. I have also served copies of the **NOTICE OF OPPORTUNITY FOR HEARING** on all creditors listed on the master mailing matrix, a copy of which is attached hereto, in the same manner and method as described in paragraph number 3 above;

5. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

6. Service as outlined herein was made within the United States of America.

Dated this the _____ day of August 2008.

_____
William S. Gardner
Gardner Law Offices
Attorney for the Debtor
P.O. Box 1000, Shelby, NC 28151-1000
N.C. State Bar No. 32684
(704) 487-0616/Fax (888) 870-1644
e-mail: bgardner@maxgardner.com

MATRIX ATTACHED HERETO AS EXHIBIT "A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-4<br>Case 07-40723<br>Western District of North Carolina<br>Shelby<br>Thu Aug 21 13:48:43 EDT 2008 | Barclays Capital Real Estate, Inc. dba HomEq<br>c/o Kimberly A. Sheek<br>8520 Cliff Cameron Drive<br>Suite 300<br>Charlotte, NC 28269-0019 | Wells Fargo Bank, NA as Trustee<br>Main Office<br>c/o Rosicki, Rosicki & Associates, P.C.<br>Outsource Management<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 |
| eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | Shelby Division<br>P.O. Box 34189<br>Charlotte, NC 28234-4189 | Allied Financial Services, Inc.<br>114-B E. Dixon Blvd.<br>Shelby, NC 28152-6742 |
| Alltel<br>P.O. Box 96019<br>Charlotte, NC  28296-0019 | Alltel Communications<br>1 Allied Dr, Bldg 5 Third Floor<br>Little Rock, AR  72202-2013 | Andrew Goldberg<br>c/o Rosicki, Rosicki & Associates, P.C.<br>Outsource Management Department<br>Main Office: 51 E. Bethpage Road<br>Plainview, New York 11803 |
| Bankruptcy Administrator<br>402 W. Trade St., Room 200<br>Charlotte, NC 28202-1673 | Beneficial<br>P.O. Box 10460<br>Virginia Beach, VA  23450-0460 | Beneficial<br>P.O. Box 60175<br>City Of Industry, CA 91716-0175 |
| Beneficial Finance Corp.<br>P.O. Box 88000<br>Baltimore, MD  21288-0001 | Beth Carter<br>PO Box 2270<br>Davidson, NC 28036-5270 | Broad River Area Medical & Aesthetics<br>P.O. Box 275<br>Cliffside, NC 28024-0275 |
| CAROLINAS  MEDICAL  CENTER<br>CAROLINAS  MEDICAL  CENTER<br>PO  BOX  32861<br>CHARLOTTE, NC 28232-2861 | CLEVELAND COUNTY TAX COLLECTOR<br>PO BOX 370<br>SHELBY, NC 28151-0370 | CSC Credit Services<br>652 N. Sam Houston Pkwy E. Ste 400<br>P.O. Box 674402<br>Houston, TX 77267-4402 |
| Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT  84130-0285 | Capital One Bank<br>P.O. Box 85167<br>Richmond, VA 23285-5167 | Capital One Bank<br>c/o Tsys Debt Management<br>Po Box 5155<br>Norcross, GA 30091-5155 |
| Capital One Services, Inc.<br>P.O. Box 85617<br>Richmond, VA  23276-0001 | CareOne<br>P.O. Box 129<br>Columbia, MD 21045-0129 | Carolina Pulmonary & Comprehensive Sleep<br>1198 Wyke Rd.<br>Shelby, NC 28150-4259 |
| Certegy Check Services, Inc.<br>P.O. Box 30046<br>Tampa, FL 33663-0001 | Chase Manhattan Bank USA, NA<br>P.O. Box 15298<br>Wilmington, DE  19850-5298 | Chase Manhattan Bank USA, NA<br>P.O. Box 15299<br>Wilmington, DE  19850-5299 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Rd., Suite 100<br>Woodbury, MN 55125-1703 | CitiFinancial<br>213 W. Dixon Blvd.<br>Shelby, NC 28152-6548 | CitiFinancial<br>Bankruptcy Dept.<br>P.O. Box 140489<br>Irving, TX  75014-0489 |

| | | |
|---|---|---|
| Cleco Primary Care<br>101 E. Grover St.<br>Shelby, NC 28150-3803 | Cleveland County Healthcare System<br>Cleveland Regional Medical Center<br>201 E Grover Street<br>Shelby, NC 28150-3940 | Cleveland Cty Clerk Of Court<br>File 07-SP-<br>100 Justice Place<br>Shelby, NC 28150-4674 |
| Cleveland Cty Tax Collector<br>P.O. Box 370<br>Shelby, NC 28151-0370 | Cleveland Regional Medical Ctr<br>201 E. Grover St.<br>Shelby, NC 28150-3940 | Cleveland Regional Medical Ctr<br>Emergency Physician Svcs<br>P.O. Box 601409<br>Charlotte, NC 28260-1409 |
| Cleveland Urologic Surgery, P.A.<br>P.O. Box 1029<br>Shelby, NC 28151-1029 | Client Services, Inc.<br>Ref 5846062<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301-4047 | Credit Financial Services<br>Act 11150360002158409<br>100 W. Morgan St.<br>Durham, NC 27701-3315 |
| Credit Financial Services<br>Act 3200460002305541<br>100 W. Morgan St.<br>Durham, NC 27701-3315 | Credit Financial Services<br>Act 3260660002764532<br>100 W. Morgan St.<br>Durham, NC 27701-3315 | Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | GE Money Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Gilbert B Weisman<br>Becket and Lee LLP Attorneys Agent<br>POB 3001<br>Malvern, PA 19355-0701 |
| (p)WACHOVIA BANK NA<br>P O BOX 13765<br>ROANOKE VA 24037-3765 | Household Finance Corporation/Beneficial<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark, NJ 07193-5480 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| ISO Claim Search<br>545 Washington Blvd.<br>Jersey City, NJ 07310-1607 | Jeremy Wilkins, Substitute Trustee<br>Brock & Scott, PLLC<br>5431 Oleander Dr., Suite 200<br>Wilmington, NC 28403-5857 | Jimmy F. Walls<br>457 Gantts Grove Church Rd.<br>Mooresboro, NC 28114-9612 |
| LVNV Funding LLC its successors and assigns<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Laboratory Corp Of America Holdings<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | LexisNexis<br>1900 NW Expressway, Suite 1600<br>Oklahoma City, OK 73118-1845 |
| Lowe's<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 | Lowe's/MCCBG<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | Medical Information Bureau<br>160 University Ave.<br>Westwood, MA 02090-2307 |
| N.C. Department Of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0100 | NC Department Of Revenue<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | NC Housing Finance Agency<br>P.O. Box 28066<br>Raleigh, NC 27611-8066 |

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | PMAB, Inc.<br>Act 2718171<br>P.O. Box 12150<br>Charlotte, NC 28220-2150 | Park Dansan<br>Act 01525160<br>P.O. Box 248<br>Gastonia, NC 28053-0248 |
| Park Dansan<br>Act 01551394<br>P.O. Box 248<br>Gastonia, NC 28053-0248 | Park Dansan<br>Act 326066001527873<br>P.O. Box 248<br>Gastonia, NC 28053-0248 | Robert Blanton<br>P.O. Box 32<br>Lattimore, NC 28089-0032 |
| Robert E. Blanton<br>332 Westlee Street<br>Lattimore, NC 28089 | Shelby Radiological Associates<br>222 N. Lafayette St., Suite 1<br>Shelby, NC 28150-4450 | Spartan Financial Services<br>Act 3354783<br>13730 S. Point Blvd., Suite B<br>Charlotte, NC 28273-7715 |
| Spartan Financial Services<br>Act 4395205-510<br>13730 S. Point Blvd., Suite B<br>Charlotte, NC 28273-7715 | Spartan Financial Services<br>Act 4622684-510<br>P.O. Box 580381<br>Charlotte, NC 28258-0381 | Telecheck Services<br>5251 Westheimer<br>Houston, TX 77056-5499 |
| The Fidelity Bank<br>P.O. Box 8<br>Fuquay Varina, NC 27526-0008 | The Freedom Point (Dept 358)<br>P.O. Box 31488<br>Charlotte, NC 28231-1488 | Therapy Plus<br>247 Oak Street Ext. Suite 145<br>Forest City, NC 28043 |
| TransUnion<br>P.O. Box 2000<br>Chester, PA 19022-2002 | U.S. Attorney's Office<br>Suite 1700, Carillon Bldg.<br>227 W. Trade St.<br>Charlotte, NC 28202-1675 | United States Attorney<br>Room 207 U.S. Courthouse<br>100 Otis Street<br>Asheville, NC 28801-2608 |
| Wells Fargo Bank, NA as Trustee<br>c/o Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 | Wells Fargo NA As Trustee<br>c/o HomEq Servicing<br>701 Corporate Dr.<br>Raleigh, NC 27607 | eCAST Settlement Corporation assignee of<br>GE Money Bank/Lowes Consumer<br>POB 35480<br>Newark, NJ 07193-5480 |
| Betty Walls Mitchell<br>457 Gantts Grove Church Rd.<br>Mooresboro, NC 28114-9612 | Daniel Ray Mitchell<br>457 Gantts Grove Church Rd.<br>Mooresboro, NC 28114-9612 | Steven G. Tate<br>P.O. Box 1778<br>Statesville, NC 28687-1778 |
| William S. Gardner<br>Gardner Law Offices<br>PO Box 1000<br>Shelby, NC 28151-1000 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| HomEq Servicing Corporation | (d)HomEq Servicing Corporation | INTERNAL REVENUE SERVICE |
| --- | --- | --- |
| 4837 Watt Avenue, Suite 200 | P.O. Box 13716 | 320 FEDERAL PL, RM 335 |
| North Highlands, CA  95660 | Sacramento, CA  95853-3716 | GREENSBORO, NC 27401 |
| (d)IRS | (d)Internal Revenue Service | |
| P.O. Box 21126 | P.O. Box 21126 | |
| Philadelphia, PA  19114 | Philadelphia, PA 19114 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)eCAST Settlement Corporation | (d)eCast Settlement Corporation | End of Label Matrix | |
| --- | --- | --- | --- |
| POB 35480 | P.O. Box 35480 | Mailable recipients | 84 |
| Newark NJ 07193-5480 | Newark, NJ  07193-5480 | Bypassed recipients | 2 |
| | | Total | 86 |